BRAFMAN & ASSOCIATES, P.C.

ATTORNEYS AT LAW

767 THIRD AVENUE, 26TH FLOOR

NEW YORK, NEW YORK 10017

TELEPHONE (212) 750-7800

FACSIMILE (212) 750-3906

E-MAIL BBRAFMAN@BRAFLAW.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _8/13/18_

BENJAMIN BRAFMAN

ANDREA ZELLAN
JOSHUA D KIRSHNER
JACOB KAPLAN
TENY R GERAGOS
ADMITTED IN NY AND CA

MARK M. BAKER
OF COUNSEL

MARC AGNIFILO
OF COUNSEL
ADMITTED IN NY AND NJ

August 9, 2018          **MEMO ENDORSED**

VIA ECF

Honorable Kimba M. Wood
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: United States v. Goldstein, 18 CR 217 (KMW)

Dear Judge Wood:

As part of the bail conditions in the above-referenced case, Dr. Jeff Goldstein's travel was limited to the Southern and Eastern Districts of New York and the District of New Jersey. We now write the Court requesting a modification of these travel restrictions to allow Dr. Goldstein to travel to and from the District of Maine from August 25 – September 4, 2018 to visit family. Dr. Goldstein will provide his itinerary to Pretrial Services in advance of his trip.

*Granted
KMW*

We have spoken with the Government (AUSA Noah Solowiejczyk) and Pretrial Services (Officer Andrew Abbott), and both have no objection to our request.

Thank you for your consideration.

Respectfully submitted,

/s/

Marc Agnifilo

cc:   AUSA Noah Solowiejczyk (via ECF)
      Pretrial Services Officer Andrew Abbott (via email)

**SO ORDERED:** N.Y., N.Y. 8/13/18

KIMBA M. WOOD
U.S.D.J.