# BRAFMAN & ASSOCIATES, P.C.

ATTORNEYS AT LAW
767 THIRD AVENUE, 26TH FLOOR
NEW YORK, NEW YORK 10017
TELEPHONE: (212) 750-7800
FACSIMILE: (212) 750-3906
E-MAIL: ATTORNEYS@BRAFLAW.COM

ECEIVE

NOV 1 5 2019

CHAMBERS OF KIMBA M. WOOD
U.S.D.J.-S.D.N.Y.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/15/19

BENJAMIN BRAFMAN

MARK M. BAKER
OF COUNSEL

MARC A. AGNIFILO
OF COUNSEL

ANDREA L. ZELLAN
JOSHUA D. KIRSHNER
JACOB KAPLAN
TENY R. GERAGOS
ADMITTED IN NY & CA
STUART GOLD

November 15, 2019

VIA ECF
Honorable Kimba M. Wood
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

# MEMO ENDORSED

Re: United States v. Goldstein, 18 CR 217 (KMW)

Dear Judge Wood:

As part of the bail conditions in the above-referenced case, Dr. Jeff Goldstein's travel was limited to the Southern and Eastern Districts of New York and the District of New Jersey. We now write the Court requesting a modification of these travel restrictions to allow Dr. Goldstein to travel to and from the District of Maine from November 27th – December 1st, 2019 to spend the Thanksgiving holiday with family. Dr. Goldstein will provide his itinerary to Pretrial Services in advance of his trip.

Granted. KMW

We have spoken with the Government (AUSA Noah Solowiejczyk) and Pretrial Services (Officer Winter Pascual), and both have no objection to our request. Thank you for your consideration.

Respectfully submitted,
s/
Jacob Kaplan

cc:    AUSA Noah Solowiejczyk (via ECF)
Pretrial Services Officer Winter Pascual (via email)

11-15-19
SO ORDERED, N.Y., N.Y.

Kimba M. Wood
KIMBA M. WOOD
U.S.D.J.