

**BRAFMAN & ASSOCIATES, P.C.**
ATTORNEYS AT LAW
767 THIRD AVENUE, 26TH FLOOR
NEW YORK, NEW YORK 10017
TELEPHONE: (212) 750-7800
FACSIMILE: (212) 750-3906
E-MAIL: ATTORNEYS@BRAFLAW.COM

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/11/19

BENJAMIN BRAFMAN

MARK M. BAKER
OF COUNSEL

MARC A. AGNIFILO
OF COUNSEL

ANDREA L. ZELLAN
JOSHUA D. KIRSHNER
JACOB KAPLAN
TENY R. GERAGOS
ADMITTED IN NY & CA
STUART GOLD

December 10, 2019

VIA ECF
Honorable Kimba M. Wood
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re: United States v. Goldstein, 18 CR 217 (KMW)

Dear Judge Wood:

As part of the bail conditions in the above-referenced case, Dr. Jeff Goldstein's travel was limited to the Southern and Eastern Districts of New York and the District of New Jersey (limited to counsel visits). We now write the Court requesting a modification of these travel restrictions to allow Dr. Goldstein to travel to and from the District of New Jersey on Thursday, December 12, 2019, and Monday, December 16, 2019, to allow Dr. Goldstein to drive his family to and from Newark Airport. Dr. Goldstein is also requesting permission to travel to the District of Maine from December 23rd – 29th, 2019, to spend the Christmas holiday with his family. Dr. Goldstein will provide his itinerary to Pretrial Services in advance of his trips.

Granted.
KMW

We have spoken with the Government (AUSA Noah Solowiejczyk) and Pretrial Services (Officer Winter Pascual), and both have no objection to our request. Thank you for your consideration.

Respectfully submitted,
s/
Jacob Kaplan

cc: AUSA Noah Solowiejczyk (via ECF)
Pretrial Services Officer Winter Pascual (via email)

SO ORDERED: N.Y., N...

Kimba M. Wood
KIMBA M. WOOD
U.S.D.J.