

# BRAFMAN & ASSOCIATES, P.C.

ATTORNEYS AT LAW
767 THIRD AVENUE, 26TH FLOOR
NEW YORK, NEW YORK 10017
TELEPHONE: (212) 750-7800
FACSIMILE: (212) 750-3906
E-MAIL: ATTORNEYS@BRAFLAW.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/8/20

BENJAMIN BRAFMAN

MARK M. BAKER
OF COUNSEL

MARC A. AGNIFILO
OF COUNSEL

ANDREA L. ZELLAN
JOSHUA D. KIRSHNER
JACOB KAPLAN
TENY R. GERAGOS
ADMITTED IN NY & CA
STUART GOLD

January 6, 2020

VIA ECF
Honorable Kimba M. Wood
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re: United States v. Goldstein, 18 CR 217 (KMW)

Dear Judge Wood:

The sentencing in the above-referenced case is currently scheduled for January 22, 2020. With the government's consent, counsel respectfully requests to adjourn sentencing to the week of February 24, 2020, because of a recent emergency surgery for undersigned counsel and because co-counsel Marc Agnifilo has a trial scheduled for January 21, 2020, in Supreme Court, New York County. This is counsel's first adjournment request.

*Sentencing is adjourned to Thursday, March 12, 2020, at 11:00 a.m. Defendant's Submission is due by February 27. Government submission is due by March 5.*

Respectfully submitted,

*Jacob Kaplan*

Jacob Kaplan, Esq.

cc: Government Counsel (Via ECF)

SO ORDERED: N.Y., N.Y. 1/8/20

_____
KIMBA M. WOOD
U.S.D.J.