

# BRAFMAN & ASSOCIATES, P.C.

ATTORNEYS AT LAW
767 THIRD AVENUE, 26TH FLOOR
NEW YORK, NEW YORK 10017
TELEPHONE: (212) 750-7800
FACSIMILE: (212) 750-3906
E-MAIL: ATTORNEYS@BRAFLAW.COM

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/16/20
```

BENJAMIN BRAFMAN

MARK M. BAKER
OF COUNSEL

MARC A. AGNIFILO
OF COUNSEL

ANDREA L. ZELLAN
JOSHUA D. KIRSHNER
JACOB KAPLAN
TENY R. GERAGOS
ADMITTED IN NY & CA
STUART GOLD

January 15, 2020

VIA ECF
Honorable Kimba M. Wood
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re: United States v. Goldstein, 18 CR 217 (KMW)

Dear Judge Wood:

As part of the bail conditions in the above-referenced case, Dr. Jeff Goldstein's travel was limited to the Southern and Eastern Districts of New York (without limitation) and the District of New Jersey (limited to counsel visits). We now write the Court requesting a modification of these travel restrictions to allow Dr. Goldstein to travel to and from the District of New Jersey for purposes of employment and without the counsel-visit limitation. We also request a further modification to allow Dr. Goldstein to travel to and from Florida with his family from February 14 – 22, 2020. Dr. Goldstein will provide his itinerary to Pretrial Services in advance of his trip.  *Granted KMW*

We have spoken with the Government (AUSA Noah Solowiejczyk) and Pretrial Services (Officer Winter Pascual), and both have no objection to our requests. Thank you for your consideration.

Respectfully submitted,
s/
Jacob Kaplan

cc: AUSA Noah Solowiejczyk (via ECF)
Pretrial Services Officer Winter Pascual (via email)

SO ORDERED: N.Y., N.Y. 1/16/20

*Kimba M. Wood*
KIMBA M. WOOD
U.S.D.J.