UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
UNITED STATES OF AMERICA

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/2/20

-against-

**ORDER**
18 CR 217 (KMW)

JEFFREY GOLDSTEIN,

Defendant.
-----------------------------------------------------------------------x

KIMBA M. WOOD, District Judge:

Due to a conflict with the Court's calendar, the sentencing currently scheduled for Thursday, March 12, 2020, is adjourned to Wednesday, March 18, 2020, at 11:00 a.m.

SO ORDERED.

Dated: New York, New York
March 2, 2020

*Kimba M. Wood*
KIMBA M. WOOD
UNITED STATES DISTRICT JUDGE