RECEIVED

MAR 0 3 2020

CHAMBERS OF KIMBA M. WOOD
U.S.D.J.-S.D.N.Y.

**BRAFMAN & ASSOCIATES, P.C.**

ATTORNEYS AT LAW
767 THIRD AVENUE, 26TH FLOOR
NEW YORK, NEW YORK 10017
TELEPHONE: (212) 750-7800
FACSIMILE: (212) 750-3906
E-MAIL: ATTORNEYS@BRAFLAW.COM

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: |
| DATE FILED: 3/3/26 |

BENJAMIN BRAFMAN

MARK M. BAKER
OF COUNSEL

MARC A. AGNIFILO
OF COUNSEL

ANDREA L. ZELLAN
JOSHUA D. KIRSHNER
JACOB KAPLAN
TENY R. GERAGOS
ADMITTED IN NY & CA
STUART GOLD

March 3, 2020

VIA ECF
Honorable Kimba M. Wood
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re: United States v. Goldstein, 18 CR 217 (KMW)

Dear Judge Wood:

As part of the bail conditions in the above-referenced case, Jeffrey Goldstein's travel was limited to the Southern and Eastern Districts of New York and the District of New Jersey (limited to counsel visits and employment purposes). We now write the Court requesting a modification of these travel restrictions to allow Goldstein to travel to and from the District of Connecticut for purposes of employment.

Granted. KMW

We have spoken with the Government (AUSA Noah Solowiejczyk) and Pretrial Services (Officer Winter Pascual), and both have no objection to our request. Thank you for your consideration.

Respectfully submitted,

s/

Jacob Kaplan

cc:    AUSA Noah Solowiejczyk (via ECF)
Pretrial Services Officer Winter Pascual (via email)

3 - 3 - 20
**SO ORDERED:**  N.Y., N.Y.

Kimba M. Wood

KIMBA M. WOOD
U.S.D.J.