USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___4/7/20_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

UNITED STATES OF AMERICA

        -against-

JEFFREY GOLDSTEIN,

                         Defendant.

--------------------------------------------------------X

18-CR-217 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

    In an effort to reduce all parties' risk of exposure to COVID-19, the sentencing scheduled for Thursday, April 23, 2020, is adjourned to July 2, 2020, at 11:00 a.m.

    SO ORDERED.

Dated: New York, New York
      April 7, 2020

                                              /s/ Kimba M. Wood /
                                              KIMBA M. WOOD
                                        United States District Judge