```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___6/23/20_____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA

              -against-

JEFFREY GOLDSTEIN,

                      Defendant.
-----------------------------------------------------------X

18-CR-217 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

    In an effort to reduce all parties' risk of exposure to COVID-19, the sentencing scheduled for Thursday, July 2, 2020, is adjourned to September 23, 2020, at 11:00 a.m.

    SO ORDERED.

Dated: New York, New York
       June 23, 2020

                                                  /s/ Kimba M. Wood /
                                                    KIMBA M. WOOD
                                         United States District Judge