UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

UNITED STATES OF AMERICA

        -against-

JEFFREY GOLDSTEIN,

                    Defendant.
-------------------------------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/14/20
```

**ORDER**
18 CR 217 (KMW)

KIMBA M. WOOD, District Judge:

    At the request of the defendant, the sentencing currently scheduled for September 23, 2020, is adjourned to Monday, November 30, 2020, at 2:00 p.m. Defendant's submission is due by November 16, 2020. Government submission is due by November 23, 2020.

    If the risk of exposure to COVID-19 diminishes enough to where the parties feel it is safe to enter the courthouse, they may contact Chambers and request an earlier date for sentencing.

    SO ORDERED.

Dated: New York, New York
       September 14, 2020

                                                KIMBA M. WOOD
                                    UNITED STATES DISTRICT JUDGE