## BRAFMAN & ASSOCIATES, P.C.
ATTORNEYS AT LAW
767 THIRD AVENUE, 26TH FLOOR
NEW YORK, NEW YORK 10017
TELEPHONE: (212) 750-7800
FACSIMILE: (212) 750-3906
E-MAIL: ATTORNEYS@BRAFLAW.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/24/2020

BENJAMIN BRAFMAN

MARK M. BAKER
OF COUNSEL

MARC A. AGNIFILO
OF COUNSEL

ZACH INTRATER
OF COUNSEL

ANDREA L. ZELLAN
JOSHUA D. KIRSHNER
JACOB KAPLAN
TENY R. GERAGOS
ADMITTED IN NY & CA
STUART GOLD

**MEMO ENDORSED**

September 24, 2020

VIA ECF
Honorable Kimba M. Wood
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: United States v. Goldstein, 18 CR 217 (KMW)

Dear Judge Wood:

As part of the bail conditions in the above-referenced case, Jeffrey Goldstein's travel was limited to the Southern and Eastern Districts of New York and the District of New Jersey (limited to counsel visits). We now write requesting a modification of these travel restrictions to allow Goldstein to travel to and from the District of Maine from October $1^{st} - 4^{th}$, 2020, to visit family. Goldstein will provide his itinerary to Pretrial Services in advance of his trips.

KMW
GRANTED

We have spoken with the Government (AUSA David Abramowicz) and Pretrial Services (Officer Winter Pascual), and both have no objection to our request. Thank you for your consideration.

Respectfully submitted,
s/
Marc Agnifilo

cc: AUSA Noah Solowiejczyk (via ECF)
AUSA David Abramowicz (via ECF)
Pretrial Services Officer Winter Pascual (via email)

9/24/2020

SO ORDERED, N.Y., N.Y.

*Kimba M. Wood*
KIMBA M. WOOD
U.S.D.J.