UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

UNITED STATES OF AMERICA

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: |
| DATE FILED: 11/18/20 |

-against

**ORDER**
18 CR 217 (KMW)

JEFFREY GOLDSTEIN,

Defendant.
-------------------------------------------------------------------x

KIMBA M. WOOD, District Judge:

Sentencing in the above-captioned case, currently scheduled for November 30, 2020, is

adjourned to Monday, January 4, 2021, at 11:00 a.m.

If the Court will not be holding in-person proceedings by January of 2021, the parties

shall submit a letter to the Court by December 21, 2020, informing the Court as to whether they

agree to proceed with sentencing remotely.

SO ORDERED.

Dated: New York, New York
       November 18, 2020

_Kimba M. Wood_

KIMBA M. WOOD
UNITED STATES DISTRICT JUDGE