

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 21, 2020

**BY ECF & EMAIL**
The Honorable Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   **United States v. Jeffrey Goldstein, 18 Cr. 217 (KMW)**

Dear Judge Wood:

Pursuant to the Order of November 18, 2020 (Dkt. 319), the Government writes to inform the Court whether the parties agree to proceed with sentencing remotely on January 4, 2021.

The defendant consents to proceeding remotely and opposes any further adjournments. Defense counsel will file a letter elaborating on its position no later than December 23, 2020.

Although sympathetic to the defendant's desire for finality, the Government questions whether the record can support a finding, as required to proceed remotely under Section 15002(b)(2)(A) of the CARES Act, that sentencing "cannot be further delayed without serious harm to the interests of justice." The defendant is not in custody, is not subject to restrictive bail conditions, and will not owe restitution. Accordingly, the Government respectfully requests that the sentencing be adjourned until it can occur in person in conformity with the CARES Act.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

By:   _____/s/_____
David Abramowicz / Noah Solowiejczyk
Assistant U.S. Attorneys
212-637-6525 / 2473

cc:   Defense counsel (by ECF and email)