# BRAFMAN & ASSOCIATES, P.C.
ATTORNEYS AT LAW
767 THIRD AVENUE, 26TH FLOOR
NEW YORK, NEW YORK 10017
TELEPHONE: (212) 750-7800
FACSIMILE: (212) 750-3906
E-MAIL: ATTORNEYS@BRAFLAW.COM

BENJAMIN BRAFMAN

MARK M. BAKER
OF COUNSEL

MARC A. AGNIFILO
OF COUNSEL

ZACH INTRATER
OF COUNSEL

ANDREA L. ZELLAN
JOSHUA D. KIRSHNER
JACOB KAPLAN
TENY R. GERAGOS
ADMITTED IN NY & CA
STUART GOLD

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/30/20

December 30, 2020

**MEMO ENDORSED**

VIA ECF
Honorable Kimba M. Wood
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: United States v. Goldstein, 18 CR 217 (KMW)

Dear Judge Wood:

On December 29, 2020, this Court conditionally granted Goldstein's request to proceed with a remote sentencing on January 4, 2021. We write now to request that Goldstein's remote sentencing be adjourned to the week of February 1, 2021, to allow counsel to submit a brief, updated sentencing submission (the original submission was submitted on February 22, 2020). Consistent with the Court's prior schedule, counsel will submit this submission two weeks before sentencing. The government has no objection to this request. ] Granted

Sentencing is adjourned to February 2, 2021, at 11:00am.

Respectfully submitted,

*Jacob Kaplan*
Jacob Kaplan, Esq.

cc: Government Counsel (Via ECF)

SO ORDERED: N.Y., N.Y. 12/30/20

_____
KIMBA M. WOOD
U.S.D.J.