UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

UNITED STATES OF AMERICA

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___1/14/21_____

    -against

JEFFREY GOLDSTEIN,

                      Defendant.
------------------------------------------------------------------x

**ORDER**
18 CR 217 (KMW)

KIMBA M. WOOD, District Judge:

        The Court's preference would be to delay defendant's sentencing until he can be sentenced in person.  If defendant continues to wish to be sentenced sooner, on February 2, 2021, he must, on or before January 22, 2021:

        File an affidavit stating that:

        (1) his sentencing "cannot be further delayed without serious harm to the interests of justice," and stating the reasons therefor;

        (2) stating that he understands that the Court is likely to order him to surrender to the facility designated for him by the Bureau of Prisons within 90 days after his sentencing; and

        (3) stating that he understands that he is likely to face a higher likelihood of contracting the COVID-19 virus in prison than outside of prison, and that he has no intention of seeking release on that ground.

        SO ORDERED.

Dated:  New York, New York
       January 14, 2021

                   ___/s/ Kimba M. Wood_____
                       KIMBA M. WOOD
                   UNITED STATES DISTRICT JUDGE