# BRAFMAN & ASSOCIATES, P.C.

ATTORNEYS AT LAW

256 FIFTH AVENUE, 2ND FLOOR

NEW YORK, NEW YORK 10001

TELEPHONE: (212) 750-7800

FACSIMILE: (212) 750-3906

E-MAIL: ATTORNEYS@BRAFLAW.COM

BENJAMIN BRAFMAN

MARK M. BAKER
OF COUNSEL

MARC A. AGNIFILO
OF COUNSEL

ZACH INTRATER
OF COUNSEL

ANDREA L. ZELLAN

JACOB KAPLAN

TENY R. GERAGOS
ADMITTED IN NY & CA

STUART GOLD

January 20, 2021

<u>VIA ECF</u>
Honorable Kimba M. Wood
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: <u>United States v. Goldstein</u>, 18 CR 217 (KMW)

Dear Judge Wood:

We write in response to the Court's January 14, 2021, Order, noting the Court's preference to delay sentencing until it can be conducted in person. Without waiving Goldstein's position that sentencing "cannot be further delayed without serious harm to the interests of justice"—as detailed in counsel's December 23, 2020, filing—Goldstein has no objection to adjourning the February 2, 2021, sentencing for a later date.

Respectfully submitted,

Marc Agnifilo, Esq.

cc: Government Counsel (Via ECF)