# BRAFMAN & ASSOCIATES, P.C.

ATTORNEYS AT LAW
256 FIFTH AVENUE, 2ND FLOOR
NEW YORK, NEW YORK 10001
TELEPHONE: (212) 750-7800
FACSIMILE: (212) 750-3906
E-MAIL: ATTORNEYS@BRAFLAW.COM

BENJAMIN BRAFMAN

MARK M. BAKER
OF COUNSEL

MARC A. AGNIFILO
OF COUNSEL

ZACH INTRATER
OF COUNSEL

ANDREA L. ZELLAN
JACOB KAPLAN
TENY R. GERAGOS
ADMITTED IN NY & CA
STUART GOLD

**MEMO ENDORSED**

January 20, 2021

VIA ECF
Honorable Kimba M. Wood
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: United States v. Goldstein, 18 CR 217 (KMW)

Dear Judge Wood:

We write in response to the Court's January 14, 2021, Order, noting the Court's preference to delay sentencing until it can be conducted in person. Without waiving Goldstein's position that sentencing "cannot be further delayed without serious harm to the interests of justice"—as detailed in counsel's December 23, 2020, filing—Goldstein has no objection to adjourning the February 2, 2021, sentencing for a later date.

*Sentencing is adjourned to April 30, 2021, at 11:00 a.m.*

Respectfully submitted,

Marc Agnifilo, Esq.

cc: Government Counsel (Via ECF)

*Kimba M. Wood   1/22/21*
*SO ORDERED*