# BRAFMAN & ASSOCIATES, P.C.
ATTORNEYS AT LAW
256 FIFTH AVENUE, 2ND FLOOR
NEW YORK, NEW YORK 10001
TELEPHONE: (212) 750-7800
FACSIMILE: (212) 750-3906
E-MAIL: ATTORNEYS@BRAFLAW.COM

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/24/21

BENJAMIN BRAFMAN

MARK M. BAKER
OF COUNSEL

MARC A. AGNIFILO
OF COUNSEL

ZACH INTRATER
OF COUNSEL

ANDREA L. ZELLAN
JACOB KAPLAN
TENY R. GERAGOS
ADMITTED IN NY & CA
STUART GOLD

May 21, 2021

VIA ECF
Honorable Kimba M. Wood
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re: United States v. Goldstein, 18 CR 217 (KMW)

Dear Judge Wood:

As part of the bail conditions in the above-referenced case, Jeff Goldstein's travel was limited to the Southern and Eastern Districts of New York and the District of New Jersey for counsel visits and employment purposes. We now write the Court requesting a modification of these travel restrictions to allow Goldstein to travel to the District of New Jersey from May 29–30, 2021, to attend his son's soccer tournament. Goldstein will provide his itinerary to Pretrial Services in advance of his trip. ] Granted

We have spoken with the Government (AUSA Noah Solowiejczyk) and Pretrial Services (Officer Andrew Abbott), and both have no objection to our request.

Thank you for your consideration.

Respectfully submitted,

*Jacob Kaplan*

Jacob Kaplan

cc: Government Counsel (via ECF)
Pretrial Services Officer Andrew Abbott (via email)

SO ORDERED: N.Y., N.Y. 5/24/21

_Kimba M. Wood_
KIMBA M. WOOD
U.S.D.J.