**BRAFMAN & ASSOCIATES, P.C.**

ATTORNEYS AT LAW
256 FIFTH AVENUE, 2ND FLOOR
NEW YORK, NEW YORK 10001
TELEPHONE: (212) 750-7800
FACSIMILE: (212) 750-3906
E-MAIL: ATTORNEYS@BRAFLAW.COM

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/29/21

BENJAMIN BRAFMAN

MARK M. BAKER
OF COUNSEL

MARC A. AGNIFILO
OF COUNSEL

ZACH INTRATER
OF COUNSEL

ANDREA L. ZELLAN
JACOB KAPLAN
TENY R. GERAGOS
ADMITTED IN NY & CA
STUART GOLD

June 25, 2021

VIA ECF
Honorable Kimba M. Wood
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

**MEMO ENDORSED**

Re: United States v. Goldstein, 18 CR 217 (KMW)

Dear Judge Wood:

As part of the bail conditions in the above-referenced case, Jeff Goldstein's travel was limited to the Southern and Eastern Districts of New York and the District of New Jersey for counsel visits and employment purposes. We now write requesting that the Court add the District of Maine to these travel restrictions, as Goldstein will be relocating there with his family in July. Goldstein will provide his address in Maine to Pretrial Services in advance of his trip.

Granted -
KMW

We have spoken with the Government (AUSA Noah Solowiejczyk) and Pretrial Services (Officer Andrew Abbott), and both have no objection to our request.

Thank you for your consideration.

Respectfully submitted,

*Jacob Kaplan*

Jacob Kaplan, Esq.

cc: AUSA Noah Solowiejczyk (via ECF)
Pretrial Services Officer Andrew Abbott (via email)

6-29-21
**SO ORDERED:** N.Y., N.Y.

_Kimba M. Wood_
KIMBA M. WOOD
U.S.D.J.