**BRAFMAN & ASSOCIATES, P.C.**
ATTORNEYS AT LAW
256 FIFTH AVENUE, 2ND FLOOR
NEW YORK, NEW YORK 10001
TELEPHONE: (212) 750-7800
FACSIMILE: (212) 750-3906
E-MAIL: ATTORNEYS@BRAFLAW.COM

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/30/21

BENJAMIN BRAFMAN

MARK M. BAKER
OF COUNSEL

MARC A. AGNIFILO
OF COUNSEL

ZACH INTRATER
OF COUNSEL

ANDREA L. ZELLAN
JACOB KAPLAN
TENY R. GERAGOS
ADMITTED IN NY & CA
STUART GOLD

**MEMO ENDORSED**

June 30, 2021

VIA ECF
The Honorable Kimba M. Wood
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

Re: United States v. Goldstein, 18 CR 217 (KMW)

Dear Judge Wood:

On June 16, 2021, this Court sentenced Jeffrey Goldstein to 57 months in custody and set his surrender date for August 16, 2021. We now write respectfully requesting that this Court recommend to the Federal Bureau of Prisons that Goldstein serve his time in the satellite camp at FCI Otisville to facilitate family visitation.

*Granted. KMW*

Thank you for your consideration.

Respectfully submitted,

*Jacob Kaplan*

Jacob Kaplan, Esq.

cc: AUSA Noah Solowiejczyk (via ECF)

6-30-21
SO ORDERED: N.Y., N.Y.

*Kimba M. Wood*
KIMBA M. WOOD
U.S.D.J.