# BRAFMAN & ASSOCIATES, P.C.

ATTORNEYS AT LAW

256 FIFTH AVENUE, 2ND FLOOR
NEW YORK, NEW YORK 10001
TELEPHONE: (212) 750-7800
FACSIMILE: (212) 750-3906
E-MAIL: ATTORNEYS@BRAFLAW.COM

BENJAMIN BRAFMAN
———
MARK M. BAKER
OF COUNSEL
MARC A. AGNIFILO
OF COUNSEL
ZACH INTRATER
OF COUNSEL

ANDREA L. ZELLAN
JACOB KAPLAN
TENY R. GERAGOS
ADMITTED IN NY & CA
STUART GOLD

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/29/21

**MEMO ENDORSED**

July 28, 2021

VIA ECF
Honorable Kimba M. Wood
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

Re:  United States v. Goldstein, 18 CR 217 (KMW)

Dear Judge Wood:

As part of the bail conditions in the above-referenced case, Jeff Goldstein's travel was limited to the Southern and Eastern Districts of New York, the District of Maine and the District of New Jersey for counsel visits and employment purposes. We now write the Court requesting a modification of these travel restrictions to allow Goldstein to travel to Pennsylvania on August 3–4, 2021, to pick up his son from summer camp. Goldstein will provide his itinerary to Pretrial Services in advance of his trip.

**Granted -KMW**

We have spoken with the Government (AUSA David Abramowicz) and Pretrial Services (Officer Andrew Abbott), and both have no objection to our request.

Thank you for your consideration.

Respectfully submitted,

*Jacob Kaplan*

Jacob Kaplan, Esq.

**SO ORDERED.**

**Dated: July 29, 2021**
**New York, NY**

      */s/ Kimba M. Wood*
**THE HONORABLE KIMBA M. WOOD**
**UNITED STATES DISTRICT JUDGE**