USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __8/11/2022__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

UNITED STATES OF AMERICA,

    -against-　　　　　　　　　　　　　　　　　18-CR-217 (KMW)

JEFFREY GOLDSTEIN,　　　　　　　　　　　　　　**ORDER**

                Defendant.
-------------------------------------------------------X

KIMBA M. WOOD, United States District Judge:

    Defendant Jeffrey Goldstein moves the Court for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(1)(A). (ECF No. 365.) The Government shall respond to Defendant's motion for a sentence reduction no later than September 8, 2022.

    SO ORDERED.

Dated: New York, New York
       August 11, 2022　　　　　　　　　　　　*/s/ Kimba M. Wood*
　　　　　　　　　　　　　　　　　　　　　　　　KIMBA M. WOOD
　　　　　　　　　　　　　　　　　　　　　　United States District Judge